ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
   333 Market Street, Suite 1500
   San Francisco, California  94105
   Tel:  (415) 977-8973
   Fax:  (415) 744-0134
   Email:  Susan.L.Smith@ssa.gov

Attorneys for Defendant Michael J. Astrue,
   Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PEDRO GORGOLL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | No. LACV-11-1408-AJW<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 12/14/11

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

-1-